BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ARMANDO RIOS, MARIO DISALVO,<br>President, D & R MARKETING, INC.,<br><br><br>Respondents. | 1:15-cv-00417-LJO-GSA<br><br>**PETITIONER'S NOTICE OF COMPLIANCE BY RESPONDENT MARIO DISALVO, REQUEST TO VACATE HEARING; ORDER**<br><br>Taxpayer:  ARMANDO RIOS<br><br>Date:  June 12, 2015<br>Time:  9:30 a.m.<br>Ctrm:  10, 6th Floor |

TO THIS HONORABLE COURT:

   PLEASE TAKE NOTICE that Respondent Mario DiSalvo, President of D&R Marketing, Inc., has sufficiently complied with the summons at issue in the above-captioned Internal Revenue Service summons enforcement proceeding.  Therefore, Petitioner United States of America requests that the June 12, 2015, hearing on the order to show cause be vacated.

   Additionally, Petitioner United States of America will be filing a request to continue the Order to Show Hearing as to Respondent Armando Rios.  Petitioner recently learned that Respondent Rios is currently incarcerated and will not be available to attend an Order to Show Cause hearing in this matter until early November 2015.  Petitioner will prepare and submit a

PETITIONER'S NOTICE OF COMPLIANCE BY RESPONDENT
MARIO DISALVO, REQUEST TO VACATE HEARING; ORDER

1

separate order for a new show cause hearing date as to Respondent Rios, therefore, the file should remain open as to Respondent Rios.

Dated:  June 9, 2015							Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Bobbie J. Montoya*
BOBBIE J. MONTOYA
Assistant U.S. Attorney
Attorneys for Petitioner
United States of America

## ORDER

Upon Petitioner's notice of compliance as to Respondent Mario DiSalvo, President of D&R Marketing, Inc., and request to vacate the hearing date, the Order to Show Cause hearing currently set for June 12, 2015 is VACATED. The case shall remain open as to Respondent Armando Rios. Petitioner shall file a proposed amended order to show cause as to Respondent Rios no later than **July 31, 2015**.

IT IS SO ORDERED.

Dated:   **June 9, 2015**			        **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

PETITIONER'S NOTICE OF COMPLIANCE BY RESPONDENT
MARIO DISALVO, REQUEST TO VACATE HEARING; ORDER

2