BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone: (916) 554-2775
Facsimile:  (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | 1:15-cv-00417-LJO-GSA |
|---|---|
| Petitioner, | |
| v. | **ORDER TO DISMISS AND CLOSE CASE** |
| ARMANDO RIOS, MARIO DISALVO, President, D & R MARKETING, INC., | |
| Respondents. | |

Based on Petitioner's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), Dkt. 12, this Court DISMISSES without prejudice the Petition Re: Tax Summons Enforcement in the above-referenced case.  The Clerk of the Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **September 25, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

ORDER TO DISMISS AND CLOSE CASE                                              1